UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-33628 |
|---|---|
| EDJUANA J. JILES | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985966**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 3 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 133.06 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

Certificate of Service     07-33628

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

EDJUANA J. JILES
5921 CLEARLAKE DRIVE
HUBER HEIGHTS, OH  45424

ERIC A STAMPS
3814 LITTLE YORK RD
DAYTON, OH  45414

(62.1n)
JON J LIEBERMAN
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(3.4)
JON J LIEBERMAN
LERNER SAMPSON ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(3.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

(3.3)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX  75382

(63.1n)
WILSHIRE CREDIT CORPORATION
BOX 1650
PORTLAND, OR  97207

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     cs